UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.

RAYMOND D. ARLOZYNSKI,

    Plaintiff,

v.

CREDIT CONTROL, LLC,

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, RAYMOND D. ARLOZYNSKI, is a natural person, and citizen of the State of Florida, residing in Pasco County, Florida.

4. Defendant, CREDIT CONTROL, LLC, is a professional association and citizen of the State of Missouri with its principal place of business at Suite 330, 5757 Phantom Drive, Hazelwood, MO 63042.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

April 10, 2009 – Blank Message

April 23, 2009
Okay, (inaudible) to record a message for Raymond Arlozynski, Please call the office of Jay Lemrose at Credit Control, my number is 888-365-7129, my extension is 2108.

August 5, 2009 – Pre-Recorded Message
Raymond D. Arlozynski, please press 1 now. Once again, this is an important call for Raymond D. Arlozynski. If this is Raymond D.

2

Arlozynski, please press 1 now. If this is not Raymond D, please press 2. Hello. This is a call for Raymond D. Arlozynski. If you are not Raymond D. Arlozynski, please hang up or disconnect. If you are Raymond D. Arlozynski, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Raymond D. Arlozynski. This is a call from Credit Control. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 800-287-3130 and reference Account Number 3326194. Thank you. Goodbye.

August 21, 2009 – Pre-Recorded Message
Raymond D. Arlozynski please press 1 now. Once again, this is an important call for Raymond D. Arlozynski. If this is Raymond D. Arlozynski, please press 1 now. If this is not Raymond D., please press 2. Hello. This is a call for Raymond D. Arlozynski. If you are not Raymond D. Arlozynski, please hang up or disconnect. If you are Raymond D. Arlozynski, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Raymond D. Arlozynski. This is a call from Credit Control. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 800-287-3130 and Reference Account Number 3326194. Thank you. Goodbye.

August 31, 2009 – Pre-Recorded Message
Raymond Arlozynski, please press 1 now. Once again, this is an important call for Raymond Arlozynski. If this is Raymond Arlozynski, please press 1 now. If this is not Raymond, please press 2. Hello. This is a call for Raymond Arlozynski. If you are not Raymond Arlozynski, please hang up or disconnect. If you are Raymond Arlozynski, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Raymond Arlozynski. This is a call from Credit Control. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 800-287-3130 and Reference Account Number 3326194. Thank you. Goodbye.

September 9, 2009 – Pre-Recorded Message

3

Hello. This is a call for Raymond Arlozynski. If you are not Raymond Arlozynski, please hang up or disconnect. If you are Raymond Arlozynski, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Raymond Arlozynski. This is a call from Credit Control. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 800-287-3130 and Reference Account Number 3326194. Thank you. Goodbye.

<u>September 11, 2009 – Pre-Recorded Message</u>
Hello. This is a call for Raymond Arlozynski. If you are not Raymond Arlozynski, please hang up or disconnect. If you are Raymond Arlozynski, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Raymond Arlozynski. This is a call from Credit Control. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 614-824-6110 and Reference Account Number 3326194. Thank you. Goodbye.

<u>September 14, 2009 – Pre-Recorded Message</u>
Hello. This is a call for Raymond Arlozynski. If you are not Raymond Arlozynski, please hang up or disconnect. If you are Raymond Arlozynski, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Raymond Arlozynski. This is a call from Credit Control. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 614-824-6110 and Reference Account Number 3326194. Thank you. Goodbye.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div.</u>, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages.

14. Defendant knew it was required to communicate its status as a debt collector and the purpose of its call in telephone messages to Plaintiff.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

15. Plaintiff incorporates Paragraphs 1 through 13.

16. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See <u>Foti v. NCO Fin. Sys.</u>, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and <u>Belin v. Litton Loan Servicing</u>, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and <u>Leyse v. Corporate Collection Servs.</u>, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

17.  Plaintiff incorporates Paragraphs 1 through 13.

18.  Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See <u>Valencia v The Affiliated Group, Inc</u>., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); <u>Wright v. Credit Bureau of Georgia, Inc.</u>, 548 F. Supp. 591, 593 (D. Ga. 1982); and <u>Hosseinzadeh v. M.R.S. Assocs.</u>, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.  Damages;

    b.  Attorney's fees, litigation expenses and costs of suit; and

    c.  Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

19.  Plaintiff incorporates Paragraphs 1 through 13.

20.  Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C

§1692d(5). See <u>Sanchez v. Client Servs.</u>, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

21.    Plaintiff incorporates Paragraphs 1 through 13.

22.    Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

  d. permanently injoining Defendant from engaging in the complained of practices; and

  e. Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

23. Plaintiff incorporates Paragraphs 1 through 13.

24. By failing to disclose that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit;

  c. declaring that Defendant's practices violate the FCCPA;

  d. permanently injoining Defendant from engaging in the complained of practices; and

  e. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this  9  day of April, 2010.

                                 DONALD A. YARBROUGH, ESQ.
                                 Attorney for Plaintiff
                                 Post Office Box 11842
                                 Ft. Lauderdale, FL 33339
                                 Telephone: 954-537-2000
                                 Facsimile: 954-566-2235
                                 donyarbrough@mindspring.com

By: _____
                                 Donald A. Yarbrough, Esq.
                                 Florida Bar No. 0158658