UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND D. ARLOZYNSKI,

    Plaintiff,

v.

                                                      **CASE NO.: 8:10-cv-00845-VMC-TGW**

CREDIT CONTROL, LLC.,

    Defendant.

_____/

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Stephanie M. Martin, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Adams & Reese, LLP |
| Fort Lauderdale, Florida  33339 | Suite 1700 |
| Telephone: 954-537-2000 | 150 Second Avenue North |
| Facsimile: 954-566-2235 | St. Petersburg, FL 33701 |
| | Telephone: 813-402-2880 |
| | Facsimile: 813-402-2887 |

By:  /s/ Donald A. Yarbrough          By: /s/ Stephanie M. Martin
Donald A. Yarbrough, Esq.               Stephanie M. Martin, Esq.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND D. ARLOZYNSKI,

    Plaintiff,
v.

                                              **CASE NO.: 8:10-cv-00845-VMC-TGW**

CREDIT CONTROL, LLC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on July 7, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which notice will be electronically mailed to the recipients on the Service List.

                                                      s/Donald A. Yarbrough
                                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Stephanie M. Martin, Esq.
Adams & Reese, LLP
Suite 1700
150 Second Avenue North
St. Petersburg, FL 33701
Telephone: 813-402-2880
Facsimile: 813-402-2887